EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2004

at \_\_ o'clock and \_\_ min. \_\_M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00145 DAE |
| | ) | Superseding |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | [18 U.S.C. § 922(g)(1)] |
| JOSHUA M. VANAMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Superseding
<u>I N D I C T M E N T</u>

<u>COUNT 1</u>
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about January 31, 2003, in the District of Hawaii, defendant JOSHUA M. VANAMAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(felon in possession of ammunition)

The Grand Jury further charges that:

On or about January 31, 2003, defendant JOSHUA M. VANAMAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Sentencing Allegations

As to both Counts 1 and 2 charged above, and in violation of Section 2K2.1(b)(5) of the United States Sentencing Guidelines, defendant JOSHUA M. VANAMAN used and possessed the firearm (Count 1) and ammunition (Count 2) in connection with two

//
//
//
//
//
//
//
//
//

felony offenses, to wit: Robbery in the First Degree, in violation of Section 708-840 of the Hawaii Revised Statutes, and Reckless Endangering in the First Degree, in violation of Section 707-713 of the Hawaii Revised Statutes.

DATED: August 11, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney